FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 1 2016

JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:16CR 00245 BSM |
| | ) | |
| v. | ) | Title 18, U.S.C. § 922(g)(1) |
| | ) | Title 18, U.S.C. §§ 3571 & 3013 |
| DAMION LYDALE BRIDGEFORTH | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

(*Felon in Possession of a Firearm*)

A. Prior to October 28, 2015, the defendant,

DAMION LYDALE BRIDGEFORTH,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for Aggravated Assault, a Class D felony, in Docket # CR 2007-002937.
2. In Pulaski County Circuit Court for Possession of Cocaine with Intent to Deliver, a Class Y felony, in Docket # CR 2008-001971.
3. In Pulaski County Circuit Court for Possession of a Firearm by a Felon, a Class B felony, in Docket # CR 2009-002820.

B. Each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C. On or about October 28, 2015, in the Eastern District of Arkansas, the defendant,

DAMION LYDALE BRIDGEFORTH,

did knowingly possess a firearm, to wit: a Colt, model Cobra, .38 special revolver, bearing serial number C65888, in and affecting commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, defendant DAMION LYDALE BRIDGEFORTH, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and all ammunition involved in the commission of the offense, including but not limited to the following:

a) One (1) Colt, model Cobra, .38 special revolver, bearing serial number C65888,

b) Six (6) rounds of .38 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

(END OF TEXT. SIGNATURE PAGE ATTACHED)